IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30666
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ROCHELLE RENE JONES,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 96-CR-20058-3
- - - - - - - - - -

April 15, 1999

Before JONES, SMITH, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

     Court-appointed counsel for Rochelle Rene Jones has filed a
brief as required by Anders v. California, 386 U.S. 738 (1967).
Jones has not filed a response to this brief.  Our independent
review of the brief and record discloses no nonfrivolous issue
for appeal.  Accordingly, counsel is excused from further
responsibilities herein, and the APPEAL IS DISMISSED.

_____

     [*] Pursuant to 5th Cir. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5th Cir. R.
47.5.4.